

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2014

No. 04-14-00388-CV

**IN RE HECKMANN WATER RESOURCES (CVR), INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                  Marialyn Barnard, Justice
                  Rebeca C. Martinez, Justice

Relator filed this petition for writ of mandamus on May 30, 2014. On August 11, 2014, relator filed an agreed motion to dismiss the petition for writ of mandamus on the basis that the issues raised in the mandamus proceeding have been rendered moot by the parties' settlement agreement in the underlying matter.

Relator's agreed motion to dismiss the petition for writ of mandamus is GRANTED. This original mandamus proceeding is DISMISSED AS MOOT. This court's opinion will issue at a later date.

It is so **ORDERED** on August 19th, 2014.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 12-06-11697-DCVCLM, styled *Jose Luis Aguilar, Individually; Eudelia Aguilar, Individually; Vanessa Arce, Individually; Eudelia Aguilar and Vanessa Arce as Personal Representatives of the Estate of Carlos Aguilar; Clarissa Aguilar as Next Friend of Carlos Aguilar Jr.; Alyssa Nicole Aguilar; Andrew Aguilar; Marcus Aguilar; Kaylee Aguilar; Elsa Quinones as Next Friend of Karime Aguilar and Carla Aguilar v. Heckmann Water Resources (CVR), Inc. and Ruben Osorio Gonzalez*, pending in the 293rd Judicial District Court, Dimmit County, Texas, the Honorable Cynthia L. Muniz presiding.